# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURCH,<br><br>    Petitioner,<br><br>v.<br><br>KERESTES, ET AL.,<br><br>    Respondents. | Civil Action No. 15-94 Erie<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION** |

The Magistrate Judge issued a Report and Recommendation in this matter (Dkt. No. 24), recommending that Respondents' Motion to Dismiss be granted, that each of Petitioner's claims be dismissed with prejudice, and that a certificate of appealability be denied. After reviewing the Report and Recommendation, the record, and all other materials before the Court, and no objection being filed, it is hereby ordered that:

(1)     The Report and Recommendation is ADOPTED;

(2)     Respondents' Motion to Dismiss (Dkt. No. 17) is GRANTED, the Petition for Writ of Habeas Corpus is DISMISSED with PREJUDICE, and a Certificate of Appealability is DENIED; and

(3)     The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 15th day of February, 2017.

 

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE